IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-08-61-1-TUC-RCC(JJM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| PAUL SAYRE, ) | |
| Defendant. ) | |

The Court has reviewed the Magistrate's Report and Recommendation, the objections and the response filed thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#41).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress (#17).

Following deadlines are affirmed:

Plea deadline: November 7, 2008

Trial date: November 25, 2008 at 9:30 a.m.

DATED this 31st day of October, 2008.

Raner C. Collins
United States District Judge